**Dismissed and Opinion Filed October 29, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01346-CV

### IN RE MYRAN ANDRE KELLEY, Relator

**Original Proceeding from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F06-72844-WQ**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice FitzGerald, and Justice Francis
Opinion by Justice Francis

Relator filed this petition for writ of mandamus contending that the district clerk has failed to transmit his petition for writ of habeas corpus to the Texas Court of Criminal Appeals as required by the Texas Code of Criminal Procedure.

This Court has mandamus jurisdiction over the district clerk only when the district clerk's actions interfere with this Court's jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004). The intermediate courts of appeals have no original jurisdiction over petitions for habeas corpus relief in connection with criminal proceedings. *See* TEX. GOV'T CODE ANN. § 22.221(d) (West 2004) (limiting habeas corpus jurisdiction of intermediate courts of appeals to civil matters); TEX. CODE CRIM. PROC. ANN. art. 11.05 (West 2005) (granting original jurisdiction in cases seeking writs of habeas corpus in criminal cases to the court of criminal appeals, districts courts, and county courts). Consequently, any complaints about action or inaction on a matter related to a post-conviction petition for writ of habeas corpus must be brought by mandamus to

the court of criminal appeals and not to this Court. *In re McAfee,* 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). We **DISMISS** the petition for want of jurisdiction.

141346F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE